IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>LYDIA GONZALEZ-GARAY a/k/a LYDIA GONZALEZ,<br><br>**Defendant.** | CIVIL NO. 09-1944 (FAB) |

**JUDGMENT BY DEFAULT**

Upon plaintiff's motion for judgment by default; and it appearing that defendant was duly served with copies of the summons and complaint in this case; that default was entered by the Clerk of this Court against defendant for failure to plead or otherwise appear; that defendant is not an infant or incompetent person nor in the military service within the meaning of the Soldiers and Sailors Civil Relief Act; and that plaintiff is therefore entitled to a judgment by default,

IT IS HEREBY ORDERED, that plaintiff recover from defendant the principal amount of $36,837.00; plus interest from the date of entry of judgment as provided by law; plus administrative costs and statutory costs (USMS) in the total amount of $139.40; plus filing fees in the amount of $350.00 as set forth in the Bill of Costs; plus attorneys fees or the 10% surcharge imposed by law if

Civil No. 09-1944 (FAB)                                                         2

plaintiff is forced to utilize the remedies provided under sub-chapter C of the Federal Debt collection Procedures Act of 1990, 28 U.S.C. § 3011.

IT IS FURTHER ORDERED, that this judgment shall bear interest as prescribed by 28 U.S.C. 5 1961, as amended.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, November 10, 2009.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE